1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8
9   DAVID SALISBURY,                                Case No.  1:15-cv-01265---SKO

10              Plaintiff,                          **ORDER THAT CLERK OF COURT**
                                                    **CLOSE CASE PURSUANT TO**
11          v.                                      **VOLUNTARY DISMISSAL**

12   JEFFERSON CAPITAL SYSTEMS, LLC,

13              Defendant.
     _____/

14
15
16
         On December 16, 2015, Plaintiff David Salisbury filed a notice of voluntary dismissal
17
     under Fed. R. Civ. P. 41(a)(1), requesting that his complaint be dismissed with prejudice in its
18
     entirety.  (Doc. 13.)
19
         In relevant part, Rule 41(a)(1)(A) provides as follows:
20
         [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of
21       dismissal before the opposing party serves either an answer or a motion for
         summary judgment; or (ii) a stipulation of dismissal signed by all parties who
22       have appeared.

23       Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or

24   some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically

25   terminates the action as to the defendants who are the subjects of the notice."  *Wilson v. City of*

26   *San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Because Plaintiff filed a notice of dismissal before

27   an answer or motion for summary judgment was filed by any defendant, this case has terminated.

28   Fed. R. Civ. P. 41(a)(1)(A)(i).

1     Accordingly, IT IS HEREBY ORDERED that:

2          1.     The entire matter is DISMISSED with prejudice; and

3          2.     The Clerk of the Court is DIRECTED to close this case.

4
5   IT IS SO ORDERED.

6   Dated:   **December 24, 2015**                    **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE